IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02590-EWN-BNB

LUIS ALVARIZA,
MERRI BETH BALDWIN,
REBECCA GUTIERREZ, and
KATHERINE BOAZ,

Plaintiffs,

v.

HOME DEPOT,

Defendant.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion for Order Approving Withdrawal of Motion to Disqualify Counsel for Defendant** [docket no. 31, filed June 20, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED, and the hearing set for June 26, 2006, is VACATED.

IT IS FURTHER ORDERED that the Verified Motion to Disqualify Hale Friesen as Counsel for Defendant [docket no. 17] is DENIED AS MOOT.

DATED:  June 22, 2006