IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02590-EWN-BNB

LUIS ALVARIZA,
MERRI BETH BALDWIN,
REBECCA GUTIERREZ, and
KATHERINE BOAZ,

Plaintiffs,

v.

HOME DEPOT,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Plaintiffs' Motion to Compel Deposition of Robert Nardelli** [Doc. # 46, filed 8/12/2006] (the "Motion"). The plaintiffs seek an order compelling the deposition of Robert Nardelli, Home Depot's chairman, president, and chief executive officer. I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. Mr. Nardelli shall submit to a deposition not to exceed two hours in length, at a date and time as the parties may agree but not later than **September 29, 2006**.

Dated September 1, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge