IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No. 05-cv-02590-EWN-BNB           Date: January 2, 2007
Courtroom Deputy: Geneva D. Mattei              FTR BNB COURTROOM A401

LUIS ALVARIZA,                                              Jonathan Hellman
MERRI BETH BALDWIN,
REBECCA GUTIERREZ,
KATHERINE BOAZ,

   Plaintiffs,

v.

HOME DEPOT,                                                 Daniel Friesen
                                                            Christine Lamb
   Defendants.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:   3:44 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Motion for sanction of adverse inferences under Fed.R.Civ.Pro 37( c ) by plaintiffs (11/6/06 #69) is TAKEN UNDER ADVISEMENT as stated on the record.**

Court in Recess   4:43 p.m.   Hearing concluded.

Total time in court:   00:59